Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Laurel J. Holland
Stephanie A. Van Marter
Assistant United States Attorneys
825 Jadwin Avenue
Post Office Box 21
Richland, WA 99352
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
5/7/25
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT 4:25-CR-6020-MKD |
| Plaintiff, | Vios: 18 U.S.C. § 1590(b) |
| v. | Obstruction and Attempted Obstruction of the Enforcement of Trafficking with Respect to Forced Labor |
| YAMILEX ATKINSON, | |
| Defendant. | 18 U.S.C. § 1591(d) Obstruction and Attempted Obstruction of the Enforcement of Sex Trafficking of Children and by Force, Fraud and Coercion |
| | 18 U.S.C. § 1594 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about April 8, 2025, and continuing until on or about May 7, 2025, in the Eastern District of Washington, the Defendant, YAMILEX ATKINSON,

INDICTMENT – 1

knowingly obstructed and attempted to obstruct and in any way interfered with and prevented the enforcement of 18 U.S.C. § 1590, that is in the case of *United States v. Atkinson*, 4:25-CR-6012-MKD, all in violation of 18 U.S.C. § 1590(b).

## COUNT 2

On or about April 8, 2025, and continuing until on or about May 7, 2025, in the Eastern District of Washington, the Defendant, YAMILEX ATKINSON, knowingly obstructed and attempted to obstruct and in any way interfered with and prevented the enforcement of 18 U.S.C. § 1591, that is in the case of *United States v. Atkinson*, 4:25-CR-6012-MKD, all in violation of 18 U.S.C. § 1591(d).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 1594(d)(1) and/or (2), upon conviction of an offense(s) in violation of 18 U.S.C. § 1590(b) and/or 18 U.S.C. § 1591(d), the Defendant, YAMILEX ATKINSON, shall forfeit to the United States of America, any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense(s), and any property traceable to such property; and any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense(s), and any property traceable to such property.

INDICTMENT – 2

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 7 day of May, 2025.

A TRUE BILL

*/s/ Richard R. Barker*
Richard R. Barker
Acting United States Attorney

*/s/ Laurel J. Holland*
Laurel J. Holland
Assistant United States Attorney

*/s/ Stephanie A. Van Marter*
Stephanie A. Van Marter
Assistant United States Attorney

INDICTMENT – 3