FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YAMILEX ATKINSON,<br><br>    Defendant. | No. 4:25-CR-06020-MKD<br><br>ORDER GRANTING UNITED STATES' MOTION FOR PROTECTIVE ORDER AND MOTION TO EXPEDITE, AND PROTECTIVE ORDER<br><br>**ECF Nos. 28, 29** |

Before the Court is the United States' Motion for Protective Order Regarding Personal Identifying Information, ECF No. 28, and related Motion to Expedite, ECF No. 29. Given the nature of the discovery materials in this case, which contain personal identifiable information ("PII"), the United States requests that the Court impose a protective order regarding such PII. *See* ECF No. 28 at 2. Defendant does not object to the motion for a protective order or the proposed order. *Id.* at 3. The Court has reviewed the motions and the record and is fully informed. The Court finds good cause to grant the motion for a protective order and related motion to expedite.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion for Protective Order Regarding Personal Identifying Information, **ECF No. 28**, is **GRANTED**.

2. The United States' Motion to Expedite, **ECF No. 29**, is **GRANTED**.

**IT IS FURTHER ORDERED:**

3. The United States will provide discovery materials on an on-going basis to defense counsel;

4. Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials;

5. Defense counsel shall not provide original or copies of discovery materials to Defendant;

6. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

7. The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 4:25-CR-6020-MKD, consistent with the other protective

ORDER - 2

orders in this case; however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** May 29, 2025.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER **-** 3