Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 4:25-cr-06020-MKD |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL OF COUNSEL FOR THE UNITED STATES |
| vs. | |
| YAMILEX ATKINSON, | |
| Defendant. | |

Plaintiff, United States of America, by and through Stephanie Van Marter, United States Attorney for the Eastern District of Washington, hereby enters this Notice of Withdrawal of Stephanie Van Marter on behalf of the United States of America. Please remove AUSA Van Marter from this case, and from the recipient list for electronic filings in this matter.

Dated: July 7, 2025

Stephanie Van Marter
Acting United States Attorney

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

Notice Of Withdrawal Of Counsel For The United States – 1