S. Peter Serrano
United States Attorney
Eastern District of Washington
Laurel J. Holland
Assistant United States Attorney
825 Jadwin Avenue
Richland, WA 99352
Telephone: (509)353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 4:25-CR-6020-MKD |
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| YAMILEX ATKINSON, | |
| Defendant. | |

The United States of America, by and through S. Peter Serrano, United States

Attorney for the Eastern District of Washington, and Laurel J. Holland, Assistant

United States Attorney, hereby files the following Bill of Particulars for Forfeiture of

Property.

The Indictment filed April 2, 2025, seeks forfeiture of assets pursuant to

18 U.S.C. § 1594 and 28 U.S.C. § 2461(c), for the charged violations. ECF No. 1 at 2

- 3.

The United States hereby gives notice that the United States is seeking

forfeiture of the following listed assets:

BILL OF PARTICULARS                    1

- $4,436.00 U.S. currency;

- Honduran currency converted to $6,745.00 U.S. currency; and,

- Guatemalan currency converted to $6.00 U.S. currency.

DATED:  August 13, 2025

S. Peter Serrano
United States Attorney

*s/ Laurel J. Holland*
Laurel J. Holland
Assistant United States Attorney

BILL OF PARTICULARS                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF System which will send notification of

such filing to the counsel of record.


*s/ Laurel J. Holland*
Laurel J. Holland
Assistant United States Attorney

BILL OF PARTICULARS                         3